*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05–00439-RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER RE: RESCHEDULING OF SUPERVISED RELEASE VIOLATION HEARING |
| MARVEL SALVANT, | ) | |
| Defendant. | ) | |

        FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

PARTIES, IT IS HEREBY ORDERED that the supervised release violation hearing in the

above-referenced case is continued from December 7, 2009 to December 14, 2009 at 9:00 a.m.


DATE:  12/23/09

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1