BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 5/20/10*

Counsel for Defendant SALVANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>vs.                                   )<br>                                      )<br>MARVEL L. SALVANT,                    )<br>                                      )<br>            Defendant.                )<br>_____) | No. CR-05-00439 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING STATUS<br>HEARING |

## STIPULATION

Defendant Marvel Salvant and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently scheduled for Monday, May 24, 2010, may be continued to Monday, August 23, 2010, at 9:00 a.m., to trail the related state prosecution in the Monterey County Superior Court, now set for trial on July 12, 2010.  The Probation Office has been consulted and concurs in the proposed continuance.

Dated: May 19, 2010

                                s/_____
                                JEFFREY NEDROW
                                Assistant United States Attorney

Stipulation and [] Order Continuing
Status Hearing                                        1

1

2  Dated: May 19, 2010

3

4                                              s/_____
                                              CYNTHIA C. LIE
                                              Assistant Federal Public Defender
5

6                                          **[] ORDER**

7     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

8  hearing currently scheduled for Monday, May 24, 2010, shall be continued to Monday, August

9  23, 2010, at 9:00 a.m.

10

11 Dated: May 20, 2010

12                                         /s/ Ronald M. Whyte
                                          _____
                                          HON. RONALD M. WHYTE
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Status Hearing                                         2